IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Days Inns Worldwide, Inc., | ) | |
| Plaintiff, | ) | Case No: 15 cv 50147 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| S&K Enterprises. | ) | |
| Defendant. | ) | |

## ORDER

     Status hearing held on 10/22/2015. This case was called for a status on 10/22/2015 at 9:00 AM. Counsel for Defendant Budron was not present. Counsel for defendant did not appear until the Court recalled the case at 10:00 AM. Counsel is reminded that common courtesy counsels that when an attorney appears an hour late one of the first things counsel should do is apologize to the Court, particularly after completely failing to appear at the only other two status hearings. Plaintiff withdraws the motion for entry of an order of default [14] only as to Defendant Steve Budron. As to the portion of the motion relating to Defendant S&K Enterprises, S&K waived service on 8/6/2015 and its answer was due 9/28/2015. To date, S&K has not answered or appeared. Accordingly, the plaintiff's motion [14] relating to S&K is granted, and the clerk is directed to enter an order of default against Defendant S&K under Federal Rule of Civil Procedure 55(a). Defense counsel represented that S&K did not object to the entry of default. On plaintiff's motion for attorney fees [19], Defendant Budron has no objection. Accordingly, it is this Court's Report and Recommendation that plaintiff's motion for attorney's fees and costs [19] be granted in the requested amount of $1,369.86 plus an additional $275, which is plaintiff's counsel's hourly rate for the time spent waiting for defense counsel to appear in court. Therefore, this Court recommends that Defendant Budron pay plaintiff a total of $1,644.86 in fees and costs. Any objection to this Report and Recommendation shall be filed by 11/9/2015. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). The presentment of the motion for fees set for 11/19/2015 is stricken. The parties shall file a proposed case management order by 11/9/2015. Parties are directed to use the case management order form located on Judge Johnston's web page. A telephonic status hearing is set for 11/24/2015 at 9:00 AM. By 11/20/2015, counsel shall provide direct-dial telephone numbers for the hearing to the Court's operations specialist, who will initiate the call. All parties are warned that additional future failures to comply with court orders will result in more severe sanctions.

(:07)

Date:  October 22, 2015                           /s/ Iain D. Johnston
                                                                                     United States Magistrate Judge