IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Days Inn Worldwide, Inc., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 15 C 50147 |
| vs. | ) ) | |
| S & K Enterprises, et al., | ) ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## **ORDER**

    On 10/22/2015, Magistrate Judge Johnston entered a report and recommendation [22] that plaintiff's motion [19] for attorney's fees and costs be granted against defendant Budron in the amount of $1,644.86. At a status hearing on that date, Budron had no objection to granting plaintiff's motion for attorney's fees and no objection has been filed to the report and recommendation within the time allowed. The court has reviewed the record and accepts the report and recommendation. Defendant Budron is ordered to pay plaintiff a total of $1,644.86 in fees and costs. Payment shall be made on or before 11/24/2015.

Date: 11/10/2015                              ENTER:

*Philip G. Reinhard*
United States District Court Judge

Electronic Notices. (LC)